## In re Lincoln Avenue. William Jenkinson's Appeal.

Argued Oct. 24, 1899. Appeal, No. 49, Oct. T., 1899, by William Jenkinson, from order of C. P. No. 2, Allegheny Co., Jan. T., 1895, No. 361, dismissing exceptions to report of viewers. Before STERRETT, C. J., GREEN, McCOLLUM, MITCH-ELL, DEAN, FELL and BROWN, JJ. Affirmed.

*James Fitzsimmons*, with him *J. S. Ferguson* and *David L. Starr*, for appellants.

*George H. Quaill*, for appellee, was not heard.

PER CURIAM, Octtober 30, 1899:

We find no error in the record that would justify us in sustaining any of the specifications of error. For reasons given in the opinion of the learned judge of the court below, he was clearly right in dismissing appellant's exceptions. See Lincoln Avenue, Mary Rodgers's Appeal, ante, p. 432.

Decree affirmed and appeal dismissed at appellant's costs.